No. 16,626.

JOHNSON ET AL. *v.* DAVIDSON ET AL.

(242 P. [2d] 249)

Decided March 3, 1952.

PER CURIAM.

Judgment affirmed in department without written opinion, Mr. Chief Justice Jackson, Mr. Justice Alter, Mr. Justice Moore and Mr. Justice Holland participating.

Messrs. MOYNIHAN-HUGHES-SHERMAN, for plaintiffs in error.

Mr. FRANK DELANEY, Messrs. PARKINSON & STEWART, for defendants in error.